IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EASTERN POULTRY DISTRIBUTORS, INC., ET AL. | § § § | |
| Plaintiffs, | § § | NO. 3-00-CV-1578-M |
| VS. | § § | |
| ROBERTO YARTO PUEZ, ET AL. | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 20, 2008, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Plaintiffs' amended second application for turnover relief [Doc. #201] is granted. Defendant Emeterio Salinas is hereby **ORDERED** to turn over to plaintiffs his interest, if any, in the following businesses and properties:

      A.    <u>Business Interests</u>

    1.    Compasa, LLC;
    2.    Compasa Logistics, LLC;
    3.    Compasa Real Estate Investments, LLC;
    4.    Comercializadora de Producto Salinas;
    5.    Comercializadora de Productos Alemientisos Salinas;
    6.    Comercializadora de Productos Alimenticios Salinas;
    7.    Comercializadora de Productos Salinas, S.A. de C.V.;
    8.    Comercializadora de Productos Alimenticios Salinas;
    9.    Comercializadora Internacional de Productos Salinas, S.A. de C.V.;

10. Barrio Antiguo LLC;
11. Salinas food company in Reynosa, Mexico; and
12. Salinas import-export company in Reynosa, Mexico.

B. Real Property

1. 3108 Hawk, McAllen, Texas 78504;
2. 308 Swallow, McAllen, Texas 78504;
3. 3113 Thunderbird Avenue, McAllen, Texas 78504;
4. Gardenia Terrace #14, Lot 242, Parcel No. G 1200 140000 24200, Hidalgo County, Texas;
5. 701 Ware Road, McAllen, Texas 78501;
6. 316 E. Zion Avenue, McAllen, Texas; and
7. 317 E. Zion Avenue, McAllen, Texas.

C. Tangible Personal Property

1. 2006 Ford King Ranch Lariat, Texas Licence Plate 198KTV, VIN 1FTPW 12V 86 KD 84604;
2. 2006 Saturn 2, Texas Licence Plate 622RRF, VIN 1G8AJ55F 66Z 162323;
3. 2007 Cadillac ESV, VIN 1GYFK 66877 R 224631; and
4. sugar inventory stored in Hidalgo, Texas.

Salinas is further **ORDERED** to turn over to plaintiffs any income received from the following businesses:

1. Salary and/or distributions from Compasa, LLC;
2. Salary, distributions, and proceeds from Compasa Logistics, LLC;
3. Salary, distributions, and proceeds from Compasa Real Estate Investments, LLC;
4. Salary and/or distributions from Comercializadora de Producto Salinas;
5. Salary and/or distributions from Comercializadora de Productos Alemientisos Salinas;
6. Salary and/or distributions from Comercializadora de Productos Alimenticios Salinas;
7. Salary and/or distributions from Comercializadora de Productos Salinas, S.A. de C.V.;
8. Salary and/or distributions from Comercializadora de Productos Alimenticios Salinas;
9. Salary and/or distributions from Comercializadora Internacional de Productos Salinas, S.A. de C.V.;

10. Salary and/or distributions from Barrio Antiguo LLC;
11. Salary and/or distributions from Salinas food company in Reynosa, Mexico; and
12. Salary and/or distributions from Salinas import-export company in Reynosa, Mexico.

**SO ORDERED** this 14th day of July, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS